IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VENCIL GREEN,** | Case No. 2:20-cv-00534 JAM EFB (PC) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **D. PASIOLES, et al.,** | |
| Defendants. | |

The Court has read and reviewed Defendants' request for an extension of time to respond to Plaintiff's requests for admissions, interrogatories, and request for production. Good cause appearing, the Court grants the motion. Defendants shall respond to Plaintiff's discovery requests by September 25, 2020.

Dated: September 10, 2020.

_____
The Honorable Edmund F. Brennan