IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL GREEN,<br><br>             Plaintiff,<br><br>      v.<br><br>D. PASIOLES, *et al.*,<br><br>             Defendants. | Case No. 2:20-cv-00534-JAM-EFB (PC)<br><br>**ORDER** |

The court has read and considered defendants' motion to modify the discovery and scheduling order. ECF No. 23. Good cause appearing, the court grants the motion. Defendants shall have an additional 60 days, up to and including March 2, 2021, to conduct plaintiff's deposition, and an additional 60 days, up to and including May 1, 2021, to file any appropriate dispositive motions.

IT IS SO ORDERED.

Dated:   January 6, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE