UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL CHASTER GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. PASIOLES, *et al.*,<br><br>　　　　Defendants. | Case No. 2:20-cv-00534-JAM-JDP (PC)<br><br>ORDER VACATING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>ECF No. 28 |

　　　　Plaintiff, a state inmate proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The court previously set this case for a settlement conference before Magistrate Kendall J. Newman on April 15, 2021, and stayed the case to allow the parties to participate in the settlement conference. ECF No. 26. On March 3, 2021, plaintiff filed a motion for summary judgment. ECF No. 28. In light of the court's previous order, the deadline for defendant to file a response to plaintiff's motion for summary judgment will be vacated. Should the case not settle at the April 15, 2021 settlement conference, the court will issue an order setting a briefing scheduling for plaintiff's motion for summary judgment.

1

IT IS SO ORDERED.

Dated:   March 15, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE